Cover Letter      Dec 28, 2014

77,739-02

To The Honorable Clerk — Abel Acosta

of The Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 1-9-15
BY: PC

I, Cedric DeMicheal Butler, ask with all Due Respect That you File my (Motion For Appointment of Counsel For Representation) Because All Officers of the Court are in Concert to Deny and Have Denied my Justices For Mr. Robert N. Dark Jr. who is the Center of this Post-Conviction Case For Prosecution Misconduct and is the Chief Grand Jury of Dallas County Texas, who Have use his Political Power to Keep my Wrongfull Conviction Covered up.

My lawyer who is Also in Concert, Also Have Render ineffictive Assistance of Counsel Deliberately Nov 7, 2014 and Have Not Filed Anything in my Behalf. Which He have All the Evidence including the Police Report that was with-Held in 1989 and with-Held Nov 7, 2014 By All Officers of the Court in his Possession. I ask the Honorable Court of Criminal Appeal to Please Grant this Motion For Appointment of Counsel For Representation. I Am Indigent and Can not Afford Counsel.

Respectfully Submitted

Cedric DeMicheal Butler

Cedric DeMicheal Butler

#1408883

State of Texas        Tr. Ct. No-W9001404        In The Court of Criminal Appeals

V.S                                                P.O. Box 12308, Capitol Station

Cedric D. Butler                                   Austin, Texas        78711

## Motion For Appointment
## ~ of Counsel For ~
## Representation

To The Honorable Court of Criminal Appeals:

Now Comes Petitioner Cedric DeMicheal Butler appearing (Pro Se) in This (Motion For Appointment of Counsel For Representation) in This Post-Conviction cause No. WR-77-739-02/TR.Ct.No-W-9001404 And Respectfully ask The Honorable Court of Criminal Appeals, To Appoint Counsel, Due to the Complexities and Procedures of this Post-Conviction case, Along with (Abusive tactics) done By Officer of the Court And Prior Counsel ineffetive Assistance November 7, 2014 At DNA Hearing. and will Show the Honorable Court As Follow:

I.

This is a Post-Conviction case that Contains Complex theories And Procedures of law with (Political methods, tactics And Affairs), which are beyond Petitioner Comprehension And legal Skills. Petitioner is a layman at law with No Knowledge of Proper litigation Proceeding or Politics.

II.

Petitioner Contend There is (Newly Discovered Evidence) Namely a Police Report That was with-Held in 1989 By Prosecutor Robert L. Dark Jr. Bar No. 053844600

(1.)

who is Chief Grand Jury of Dallas County Texas As of Nov. 7 2014. Mr. Robert L. Dark, Have use His Political Power, methods and tactics to Conceal This (Newly Discovered Evidence) Once Again Nov 7, 2014 At DNA Hearing and Retaliating on Petitioner Pending Charge Case No. F-1456481 through the Prosecutor of that Court, which the illegal Conviction is Being used As A illegal Enhancement. All Officer of the Court At the Proceeding Nov 7, 2014 DNA Hearing, Assistant District Attorney Michael R. Casillas, Petitioner Attorney Bruce Anton and The Honorable Judge Rick Magnis of 283rd Judicial Court, Been Aware of, and still Aware of This (Police Report) That Prove the Petitioner is Innocent, But yet All officers of the Court with-Held (Brady material Namely Police Report) Once Again At the DNA Hearing Due to (Political Affairs And ties) to the Chief Grand Jury Robert N. Dark Jr. BAR# 05384600 who is the Center of this Post-Conviction Case For Prosecution Misconduct.

## III.

Petitioner Contend His Attorney Mr. Bruce Anton, who is A Officer of the Court Has Been, and is Ineffetive. He Has Not Been loyal or Committed to the Petitioner lawful Objectives Nov 7, 2014 At DNA Hearing. Petitioner Attorney had A duty to Present (Newly Discovered Evidence) Namly Police Report, which Petitioner Attorney was Aware of and had in his Possession Along with other Schlup-type Evidence which He Refuse to Present to the Court Nov 7, 2014 At DNA Hearing. N.O.R Did Petitioner Attorney Object to the Ruling Nov. 7, 2014

(2.)

Which Denied Petitioner Exoneration That is beyond Dispute.

## IV.

Petitioner is indigent and can not afford to Retain Counsel nor the cost of Prosecuting this Action. Petitioner lack of Skill, Resources And legal Knowledge causes Petitioner to be At A Disadvantage in this legal Process

## ~ Conclusion ~

These Above Factors are why the Petitioner Seek Appropriate Counsel Under The Honorable Court of Criminal Appeals Supervision, who is Committed to Eliminating A Practice of Abusive tactics And who is Committed to Attaining the Highest degree of Ethical And Professional Conduct. All officers of the Court Nov 7, 2014 Broke the law Against the Petitioner, By with-Holding Evidence That Prove Petitioner is Innocent Beyond A Reasonable Doubt. Yet All officers of the Court want Petitioner to Accept this inJustice and live For the Rest of Petitioner liFe Under A Cloud of Suspicoion Along with petitioner 14 year old Son + Family and Register as a Sex offender For the Rest of Petitioner liFe instead of Correcting the wrong thats Been done. Petitioner Attorney Render ineffetive Assistance Deliberately, Petitioner Attorney Has all the Evidence that Prove Petitioner Innocences, But never Presented to the Court Nov 7, 2014. This should Further give The court of Criminal Appeal the Authentic Proof to Appoint Counsel to the Petitioner. Due to the interest of Justice and All Actual Innocent Claim

(3.)

## ~ PRAYER ~

WhereFore Petitioner Prays The Honorable Court of Criminal Appeals who Has Jurisdiction over this Post-Conviction Case, to Stop this Political Attack on Petitioner Freedom, And the Abusive tactics that is Delaying And Denying Justice For the Petitioner. Petitioner Pray The Honorable Court of Criminal Appeal Grant this Motion For Appointment of Counsel For Representation. Please Allow lattitude in This Motion For Appointment of Counsel For Representation For Petitioner is A layman At law.

## ~ Certificate ~

I hereby Certify that the Above Foregoing Motion For Appointment of Counsel For Representation has Been Placed in the Mail Dec 28 2014 To The Honorable Court of Criminal Appeals At 11:00 PM

Respectfully Submitted

Cedric DeMicheal Butler

CEDRIC DeMicheal Butler

#14039893

(4.)

## UNSWORN DECLARATION

### SEE Texas Constitution AND Statutes
### Civil Practice AND Remedies Code Title 6
### Miscellaneous Provisions Chapter 132
### UNSWORN DECLARATIONS

I, CEDRIC DeMicheal BUTLER

BEING PRESENTLY INCARCERATED IN THE DALLAS
County JAIL IN DALLAS County, TEXAS,
DECLARE UNDER PENALTY OF PERJURY
That The Foregoing is TRUE AND Correct

EXECUTED ON: DEC 28, 2014

SIGNATURE: Cedric DeMicheal Butler
#14038893

(5.)